In the Matter of the Application of RUTH F. BOCK, Appellant, for Letters of Guardianship of the Person and Property of ALBERT BREITUNG, an Infant over the Age of Fourteen Years, PETER BREITUNG and YORK BREITUNG, Infants under

the Age of Fourteen. HANS BREITUNG, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 862.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.